UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DONALD R. BRADSHAW**<br>*Plaintiff,*<br><br>**V.**<br><br>**ESSENTIA INSURANCE COMPANY.**<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO: 5:24-CV-501**<br><br>**JURY DEMANDED** |

**DEFENDANT, ESSENTIA INSURANCE COMPANY'S
SUBMISSION OF COMPLETE STATE COURT RECORD**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to 28 U.S.C. § 1447(b) and the Fact Sheet for Judge Xavier Rodriguez, Defendant, Essentia Insurance Company, a subsidiary of Markel Corporation ("Essentia" or "Defendant"), files this Submission of Complete State Record as follows:

**COMPLETE LIST OF DOCUMENTS OF RECORD IN STATE COURT**

**Exhibit 1**:  Docket Sheet from 433rd Judicial District Court of Comal County

**Exhibit 2**:  Plaintiff's Original Petition

**Exhibit 3:**  Request for Process

**Exhibit 4:**  Citation for Hagerty Insurance Agency, LLC

**Exhibit 5:**  Citation Returned Served

**Exhibit 6**:  Plaintiff's First Amended Petition

**Exhibit 7**:  Defendant, Essentia Insurance Company's Original Answer

**Exhibit 8:**  Defendant's Notice to State Court of Removal

1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Clinton J. Wolbert*
      Clinton J. Wolbert
      State Bar No. 24103020
      Nicole M. Hilburn
      State Bar No. 24055663
      ONE SHELL PLAZA
      910 Louisiana, Suite 4300
      Houston, Texas 77002
      Telephone: 713-626-1386
      Telecopier: 713-626-1388
      E-mail: clinton.wolbert@phelps.com
      E-mail: Nicole.hilburn@phelps.com

**ATTORNEYS FOR DEFENDANT,
ESSENTIA INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of this document has been served this 4th of June, 2024, to the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Daniel W. Packard                                                      VIA E-FILE: dan@packardfirm.com
THE PACKARD LAW FIRM
1100 NW Loop 410, Suite 100
San Antonio, TX 78213

                                                              */s/ Nicole M. Hilburn*
                                                              Clint J. Wolbert / Nicole M. Hilburn