IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DONALD R BRADSHAW,<br>*Plaintiff*<br><br>-vs-<br><br>ESSENTIA INSURANCE COMPANY,<br>*Defendant* | § § § § § § § § § §   SA-24-CV-00501-XR |

# FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

All claims are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and fees.

The Clerk is **DIRECTED** to close this case.

It is so **ORDERED**.

**SIGNED** this 30th day of June, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE